UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-00305-RJC-DCK

| | |
|---|---|
| **BRIAN GREEN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ) | |
| **ROBERT L. PERESICH, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER** is before the Court on Plaintiff's motion to proceed in forma pauperis [Doc. 2].

The Plaintiff, who is proceeding *pro se*, seeks to proceed with this civil action without having to prepay costs associated with prosecuting the matter. The Plaintiff's application, however, fails to provide all the information that the Court requires to determine whether the Plaintiff has sufficient resources from which to pay the filing fee for this action. This includes, but is not limited to, the Plaintiff's spouse's income. Consequently, the Plaintiff's application is denied without prejudice. Should the Plaintiff refile his application, he should use the Application to Proceed in District Court without Prepaying Fees or Costs (Long Form) (AO 239), which is available through the Court's website, http://www.ncwd.uscourts.gov.

**IT IS, THEREFORE, ORDERED** that:

(1) Plaintiff's motion to proceed in forma pauperis [Doc. 2] is **DENIED WITHOUT PREJUDICE**.

(2) Plaintiff shall file an Application, using AO Form 239, within thirty (30) days of entry of this Order. **Failure to file an Amended Application within the time required will**

**result in the dismissal of this action without prejudice.**

Signed: August 6, 2019

Robert J. Conrad, Jr.
United States District Judge