Hand-Delivered

FILED
CHARLOTTE, NC

AUG 2 6 2019

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| BRIAN GREEN<br>*Plaintiff,*<br><br>vs.<br><br>ROBERT L. PERESICH<br>*Defendant.* | Civil Action No.<br>3:19-CV-00305-RJC-DCK<br><br><br>**VOLUNTARY DISMISSAL**<br>**OF COMPLAINT** |

*TO THE HONORABLE UNITED STATES DISTRICT JUDGE:*

I, Plaintiff Brian Green, *pro se,* hereby give notice to **DISMISS THIS COMPLAINT WITHOUT PREJUDICE** under Federal Rule of Civil Procedure Rule 41(a)(1).

Executed on this 26th day of August 2019.

Respectfully submitted,

*[signature]*

Brian Green
113 Indian Trail Rd N, Suite 280
Indian Trial, North Carolina 28079
201.873.2037
briangreen350@gmail.com
*Pro Se* Plaintiff